AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

| UNITED STATES OF AMERICA | | | |
|---|---|---|---|
| V. | | | **CRIMINAL COMPLAINT** |
| David Vasquez Jr. | | *Principal* | |
| | YOB: 1994 | United States | Case Number: M-16-1330-M |

United States District Court
Southern District of Texas
**FILED**
JUL 14 2016
, Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 12, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Abel Monges-Valdivia, a citizen and national of Nicaragua, and Mirna Estela Ordonez-Hernandez, a citizen and national of El Salvador, along with twenty-three (23) other undocumented aliens, for a total of twenty-five (25), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 4, 2016, the Rio Grande Valley Field Intelligence Team(FIT) recieved information of a house, located at 3520 Ebano Street Edinburg, Texas, that was being used to harbor undocumented aliens.

FIT Agents conducted surveillance at the residence on July 11th and 12th.

On July 12, 2016, FIT Agents observed two male subjects leave the residence with several 5 gallon water jugs driving a green Pontiac Aztek. FIT Agents contacted the Hidalgo County Constabel Precinct #1 for assistance. Constable Alvarez observed the green Ponitiac Aztec speeding and performed a vehicle stop near the intersection of Mile 8 N and Mile 2 W in Mercedes, Texas. During the traffic stop, FIT Agents approached the driver, identified as David Vasquez, and questioned him regarding smuggling activities. Vasquez admitted that he was

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved by *(signature)*

Sworn to before me and subscribed in my presence,

*(Signature of Complainant)*
Jon Chan           Senior Patrol Agent
Printed Name of Complainant

July 14, 2016                                     at    McAllen, Texas
Date                                                      City and State

Dorina Ramos                , U. S. Magistrate Judge      *Dorina Ramos* (signature)
Name and Title of Judicial Officer                         Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1330-M

RE:     David Vasquez Jr.

**CONTINUATION:**

the caretaker of the residence. FIT Agents advised Vasquez of his Miranda Rights. Vasquez understood his rights and answered questions. Vasquez told Agents there were 10 more undocumented aliens at the residence. And we would also take food and water to the residence. Vasquez gave written consent to search the residence and supplied agents with a key to the property which was retrieved from Vasquez's vehicle.

Agents responded to the residence to conduct the search. Agents knocked before entering the residence and an individual opened the door. Agents ordered individuals to come out and a total of nine(9) persons exited the home. Agents entered the home and discovered sixteen (16) more persons inside. All twenty-three subjects were found to be illegally present in the United States. All the subjects were read their rights and placed under arrest.

Vasquez was placed under arrest. All the subjects were transported to the Weslaco Border Patrol Station for processing.

**Principal Statement:**

David Vasquez Jr. was read his rights, understood his rights and was willing to answer questions without the presence of an attorney.

David Vasquez Jr. admitted to agents to being the caretaker of the stash house on Ebano Street in Edinburg, Texas. Vasquez further told agent he had delivered food and water to the stash house for two or three days. During the interview subject chose to exercise his right to an attorney and refused to answer any further questions without a lawyer present.

**Material Witness Statements:**
Abel MONGES-Valdivia and Mirna Estela ORDONEZ-Hernandez were read their rights, understood their rights and were willing to answer questions without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 1330 -M

RE: David Vasquez Jr.

**CONTINUATION:**

Abel MONGES-Valdivia, a citizen and national of Nicaragua, told agents after crossing into the United States illegally he was driven a stash house in Roma, Texas before arriving at the one where he was arrested. MONGES stated at the second house, there were two females and their son living there, along with another man with long hair. After arriving at the second stash house, the group was ordered to take off their clothes so they could be searched for cell phones. MONGES stayed at the second stash house for three days before being arrested by Border Patrol Agents. Abel MONGES-Valdivia identified David Vasquez Jr was the man with long hair who was the caretaker of the stash house.

**Material Witness:**
Mirna Estela ORDONEZ-Hernandez, a citizen and national of El Salvador, told agent after entering into the United States illegally she was driven to two different stash houses before arriving at the one where she was arrested. ORDONEZ stated at the second stash house she was made to take her clothes off by two male subjects in order to check for any hidden phones. She was shown a photo lineup and was able to positively David Vasquez Jr. as the person in charge of the stash house. ORDONEZ further stated David Vasquez Jr. was one of the subjects that made her take her clothes off. He would also deliver food and water to the house.